WILLIAM C. OSBORN, Appellant, *v.* JOHN J. McELLIGOTT, as Fire Commissioner of the City of New York, et al., Respondents.

(Argued October 2, 1936; decided October 13, 1936.)

*H. H. Nordlinger, Harold Riegelman* and *J. M. Dinnes* for appellant.

*Paul Windels, Corporation Counsel (William C. Chanler* of counsel), for John J. McElligott, as Fire Commissioner of the City of New York, et al., respondents.

*Alfred J. Talley, Charles Lamb* and *James A. Mc Kaigney* for Vincent J. Kane, individually and as president of Uniformed Firemen's Association, etc., respondent.

Appeal dismissed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.